THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARADIGM USA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PRUITTHEALTH, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>FILE NO.: 1:15-cv-2504-SCJ |

**PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS TO
ATTACHMENT K-2: DEFENDANT'S DEPOSITION DESIGNATIONS**

Plaintiff hereby files its objections and cross-designations to Defendant's Deposition Designations (Doc. 96, Attachment K-2) to the parties' Proposed Pretrial Order.

Defendant has been found liable as a matter of law for its anticipatory breach of contract. All that remains is a damages trial. Nevertheless, Defendant has designated hours of irrelevant deposition testimony from seven of Plaintiff's witnesses in an attempt to unwind the Court's liability ruling.[1]

---

[1] *See, e.g.*, Papesch Dep. [Doc. 56] at 64:18-67:7 (testimony regarding pre-contract representations despite the contract's merger clause); Bade Dep. [Doc. 57] at 62:2-63:12, 64:24-66:11 (testimony regarding pre-contract representations despite the contract's merger clause); Chronister Dep. [Doc. 58] at 38:17-40:7 (testimony

Since the bulk of Defendant's deposition designations are irrelevant to this damages trial, Plaintiff has been forced to object repeatedly (as itemized below). As a global matter, the bulk of Defendant's deposition designations are inadmissible and would only serve to confuse the jury because they relate to (1) pre-contract representations or understandings barred by the contract's merger clause; (2) parol evidence offered to vary the terms of the contract; (3) future events Defendant is estopped from contesting because of its anticipatory breach; (4) conditions in the contract Defendant waived by its anticipatory breach; (5) whether Plaintiff could have performed in spite of Defendant's anticipatory breach; (6) levels of patient matching efficacy disclaimed by the Agreement; and (6) liability issues already decided by the Court.

**Deposition of Joseph Papesch taken on May 17, 2016.**

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| Cover page, Page 1 | FRCP 32(c) (transcript itself is inadmissible) |
| 15:15-22 | |

about other customers' patient matching desires and Caradigm's 2016 patient matching offering); Glover Dep. [Doc. 61] at 83:22-84:17 (testimony about Caradigm's desire to work on patient matching before the kickoff meeting Pruitt scuttled); Mirkheshti Dep. [Doc. 62] at 226:13-230:17 (testimony about pre-contract representations barred by the contract's merger clause); Winnyk Dep. [Doc. 63] at 56:7-20 (testimony about draft contract documents barred by the contract's merger clause); Fraticelli Dep. [Doc. 59] at 163:16-164:10 (testimony about edits Pruitt's in-house counsel made on draft contract documents).

1628386.1

| Defendant's Designations | Plaintiff's Objections |
| --- | --- |
| 25:23-26:20 | relevance |
| 31:23-32:14 | relevance; FRE 403 |
| 55:23-56:7 | relevance; FRE 403 |
| 58:24-59:23 | relevance; FRE 403 |
| 60:3-61:15 | relevance; FRE 403 |
| 62:11-20 | relevance; FRE 403 |
| 64:18-67:7 | relevance; FRE 403 |
| 67:14-69:2 | relevance; FRE 403 |
| 69:10-19 | relevance; FRE 403 |
| 73:18-74:12 | relevance; FRE 403 |
| 74:25-75:6 | relevance |
| 76:24-80:7 | relevance; FRE 403 |
| 81:15-17 | relevance |
| 91:24-93:9 | relevance; FRE 403 |
| 111:23-113:15 | relevance; FRE 403 |
| 122:18-124:9 | relevance |
| 127:13-128:11 | relevance |
| 138:15-139:4 | relevance |
| 150:8-151:3 | relevance |
| 155:7-156:7 | relevance |
| 156:25-157:4 | |
| 174:2-9 | |
| 174:22-25 | |
| 175:21-177:14 | relevance |
| 182:11-183:13 | relevance |
| 184:7-19 | relevance |
| 198:4-199:2 | relevance |
| 199:7-19 | relevance |
| 199:23-200:10 | relevance; hearsay |

| Plaintiff's Cross Designations[2] | Defendant's Objections |
|---|---|
| 11:2-18 | |
| 14:14-22 | |
| 15:11-14 | |
| 15:23-18:25 | |
| 26:21-27:24 | |
| 33:3-9 | |
| 36:2-11 | |
| 36:23-37:4 | |
| 66:25-67:17 | |
| 74:13-24 | |
| 124:10-22 | |
| 127:6-12 | |
| 156:9-23 | |
| 175:2-175:13 | |
| 178:7-11 | |
| 180:16-21 | |
| 199:3 | |
| 200:11-202:4 | |
| 208:18-209:7 | |

**Deposition of Sameer Bade taken on June 27, 2016.**

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| Cover page, Page 1 | FRCP 32(c) (transcript itself is inadmissible) |
| 16:3-7 | |
| 48:22-49:22 | relevance; FRE 403 |
| 52:21-54:23 | relevance |

---

[2] Given that the Court has not yet had a chance to rule on the admissibility of Defendant's designations, Plaintiff cross designates on the assumption that Defendant's designations will be played at trial. Should Plaintiff's objections be sustained, Plaintiff will delete many of its cross designations. Thus, these cross designations are made without any concession on admissibility of the testimony.

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| 61:20-25 | relevance; FRE 403 |
| 62:2-63:12 | relevance; FRE 403 |
| 64:24-66:11 | relevance; FRE 403 |
| 69:12-71:2 | relevance; FRE 403 |
| 74:17-77:15 | relevance; FRE 403 |
| 84:6-19 | relevance; FRE 403 |
| 86:11-15 | relevance |
| 91:9-92:4 | |
| 104:5-106:5 | relevance |
| 117:15-118:11 | relevance |
| 118:24-119:2 | relevance |
| 122:12-123:19 | relevance |
| 124:2-20 | relevance |
| 125:20-126:10 | |
| 131:16-20 | relevance |
| 133:5-139:13 | relevance; FRE 403 |
| 139:16-147:6 | relevance; FRE 403 |
| 147:9-18 | relevance; FRE 403 |
| 148:14-149:3 | relevance; FRE 403 |
| 149:6-11 | relevance; FRE 403 |

| Plaintiff's Cross Designations[3] | Defendant's Objections |
|---|---|
| 4:23-5:18 | |
| 9:14-17 | |
| 10:4-8 | |
| 15:24-16:2 | |
| 16:16-19:16 | |
| 28:18-25 | |
| 47:17-48:21 | |
| 54:24-55:8 | |

---

[3] Given that the Court has not yet had a chance to rule on the admissibility of Defendant's designations, Plaintiff cross designates on the assumption that Defendant's designations will be played at trial. Should Plaintiff's objections be sustained, Plaintiff will delete many of its cross designations. Thus, these cross designations are made without any concession on admissibility of the testimony.

| | |
|---|---|
| 63:13-64:23 | |
| 108:16-23 | |
| 126:11-16 | |
| 147:19-148:13 | |
| 156:23-160:21 | |

**Deposition of Benjamin Chronister taken on June 30, 2016.**

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| Cover page, Page 1 | FRCP 32(c) (transcript itself is inadmissible) |
| 10:16-25 | |
| 11:6-12:21 | |
| 15:12-16:22 | |
| 27:23-28:2 | relevance |
| 28:12-15 | relevance |
| 37:14-38:6 | |
| 38:17-40:7 | relevance |
| 48:3-15 | relevance |
| 48:16-49:24 | relevance |
| 50:21-52:23 | relevance |
| 54:24-55:3 | |
| 62:24-63:16 | relevance |
| 71:3-8 | relevance |
| 71:14-25 | relevance |
| 72:17-73:11 | |
| 73:21-74:4 | relevance |
| 74:10-75:11 | relevance |
| 76:12-18 | relevance |
| 81:13-15 | relevance |
| 85:11-86:12 | relevance |
| 87:17-88:25 | relevance |
| 94:19-95:6 | relevance |
| 96:21-97:7 | relevance |
| 99:7-14 | relevance |
| 99:23-102:9 | relevance |

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| 114:2-116:11 | relevance |
| 128:18-129:2 | relevance |
| 124:3-17 | relevance |
| 136:2-15 | |
| 138:20-139:5 | relevance |
| 148:16-149:5 | relevance |
| 150:13-24 | relevance |
| 151:25-152:13 | relevance |
| 161:24-162:23 | relevance |
| 164:7-23 | relevance |
| 165:21-168:10 | relevance |
| 175:25-177:8 | |
| 182:7-19 | relevance |
| 183:23-185:9 | relevance |
| 194:17-195:12 | relevance |

| Plaintiff's Cross Designations[4] | Defendant's Objections |
|---|---|
| 6:5-6:16 | |
| 16:23-17:3 | |
| 20:24-23:18 | |
| 26:6-27:22 | |
| 28:3-11 | |
| 30:2-31:9 | |
| 32:2-33:2 | |
| 35:19-36:8 | |
| 43:18-44:21 | |
| 50:14-20 | |
| 53:25-54:23 | |
| 55:3-55:5 | |
| 57:22-58:7 | |

---

[4] Given that the Court has not yet had a chance to rule on the admissibility of Defendant's designations, Plaintiff cross designates on the assumption that Defendant's designations will be played at trial. Should Plaintiff's objections be sustained, Plaintiff will delete many of its cross designations. Thus, these cross designations are made without any concession on admissibility of the testimony.

1628386.1

| | |
|---|---|
| 59:2-60:3 | |
| 73:12-73:20 | |
| 74:5-9 | |
| 75:12-76:11 | |
| 76:19-77:6 | |
| 81:16-82:22 | |
| 83:6-83:22 | |
| 123:15-124:17 | |
| 129:4-131:16 | |
| 132:7-133:7 | |
| 137:9-22 | |
| 149:6-150:12 | |
| 150:25-151:24 | |
| 155:2-156:15 | |
| 161:24-163:5 | |
| 165:10-20 | |
| 168:23-169:2 | |
| 170:3-170:21 | |
| 185:10-16 | |
| 199:4-199:23 | |
| 211:24-222:15 | |

**Deposition of Tamara Glover taken on July 20, 2016.**

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| Cover page, Page 1 | FRCP 32(c) (transcript itself is inadmissible) |
| 20:16-21:13 | |
| 83:7-10 | |
| 83:22-84:17 | relevance |
| 101:15-102:25 | relevance |
| 112:10-22 | relevance |
| 115:4-17 | relevance |
| 119:15-23 | relevance |
| 130:5-131:12 | |
| 137:15-23 | |

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| 138:3-141:25 | |
| 142:20-143:5 | |
| 153:8-155:3 | relevance |
| 160:2-14 | relevance |
| 166:25-167:7 | relevance |
| 177:17-178:6 | |
| 189:13-190:17 | |
| 192:13-194:24 | |
| 195:4-16 | relevance |
| 205:11-19 | |
| 207:23-209:21 | |
| 210:11-24 | relevance |
| 213:8-217:4 | relevance |

| Plaintiff's Cross Designations[5] | Defendant's Objections |
|---|---|
| 11:4-12:3 | |
| 15:22-18:7 | |
| 19:20-20:9 | |
| 21:14-16 | |
| 28:14-24 | |
| 37:6-39:7 | |
| 39:8-39:25 | |
| 61:11-64:10 | |
| 74:23-76:24 | |
| 77:11-79:14 | |
| 121:2-122:13 | |
| 124:1-13 | |
| 124:17-127:5 | |
| 142:1-13 | |

---

[5] Given that the Court has not yet had a chance to rule on the admissibility of Defendant's designations, Plaintiff cross designates on the assumption that Defendant's designations will be played at trial. Should Plaintiff's objections be sustained, Plaintiff will delete many of its cross designations. Thus, these cross designations are made without any concession on admissibility of the testimony.

1628386.1

| | |
|---|---|
| 143:13-144:5 | |
| 160:15-161:5 | |
| 175:19-176:15 | |
| 177:3-13 | |
| 207:7-22 | |
| 210:25-212:8 | |
| 218:6-219:17 | |
| 220:25-221:20 | |
| 224:3-226:21 | |
| 243:17-249:6 | |

## Deposition of Tina W. Mirkheshti taken on July 26, 2016.

| **Defendant's Designations** | **Plaintiff's Objections** |
|---|---|
| Cover page, Page 1 | FRCP 32(a)(4) (Ms. Mirkheshti is a will call witness and thus not an unavailable witness); FRCP 32(c) (transcript itself is inadmissible) |
| 14:24-15:17 | |
| 29:6-30:18 | |
| 34:11-18 | |
| 36:8-37:23 | |
| 68:22-69:11 | |
| 75:2-78:2 | |
| 80:17-25 | relevance |
| 101:4-15 | |
| 120:22-123:17 | relevance |
| 123:23-126:3 | relevance; FRE 403 |
| 126:4-20 | relevance |
| 130:18-131:16 | relevance |
| 135:21-136:2 | relevance |
| 139:16-142:3 | |
| 144:6-146:24 | |
| 166:9-11 | relevance |
| 173:10-174:15 | |
| 174:20-175:12 | |

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| 206:4-207:10 | relevance |
| 224:7-225:10 | relevance |
| 226:13-230:17 | relevance; FRE 403 |
| 235:25-238:11 | relevance; FRE 403 |
| 249:15-253:3 | relevance; FRE 403 |
| 253:13-254:20 | relevance |
| 255:11-256:16 | |
| 256:20-257:11 | relevance; FRE 403 |
| 262:7-263:4 | relevance |
| 264:5-265:17 | relevance |
| 267:12-269:5 | relevance |
| 307:11-16 | |
| 307:19-308:7 | |
| 309:13-24 | |

| Plaintiff's Cross Designations[6] | Defendant's Objections |
|---|---|
| 6:20-7:16 | |
| 14:6-14:23 | |
| 16:19-18:10 | |
| 30:19-32:22 | |
| 37:24-38:13 | |
| 40:21-41:25 | |
| 42:10-43:10 | |
| 43:23-44:8 | |
| 50:10-51:8 | |
| 52:4-52:23 | |
| 66:8-67:12 | |
| 68:2-68:21 | |
| 72:16-73:8 | |

---

[6] Given that the Court has not yet had a chance to rule on the admissibility of Defendant's designations, Plaintiff cross designates on the assumption that Defendant's designations will be played at trial. Should Plaintiff's objections be sustained, Plaintiff will delete many of its cross designations. Thus, these cross designations are made without any concession on admissibility of the testimony.

1628386.1

11

| | |
|---|---|
| 73:24-74:25 | |
| 82:5-84:5 | |
| 88:7-92:14 | |
| 93:21-95:16 | |
| 99:15-101:3 | |
| 101:16-102:19 | |
| 110:15-111:18 | |
| 115:7-12 | |
| 133:7-135:20 | |
| 136:3-17 | |
| 142:4-144:5 | |
| 144:25-146:24 | |
| 159:21-163:3 | |
| 169:20-170:24 | |
| 173:6-173:8 | |
| 202:8-21 | |
| 207:11-210:5 | |
| 210:6-14 | |
| 269:6-12 | |
| 281:5-290:2 | |
| 290:20-292:12 | |
| 296:14-21 | |
| 305:15-19 | |
| 306:16-307:10 | |
| 309:25-310:13 | |
| 321:4-322:3 | |
| 322:23-330:23 | |
| 330:24-337:8 | |

### Deposition of Chris A. Winnyk taken on October 5, 2016.

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| Cover page, Page 1 | FRCP 32(c) (transcript itself is inadmissible) |
| 14:25-15:18 | |
| 38:19-39:11 | |

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| 49:8-50:5 | relevance |
| 56:7-20 | relevance; FRE 403 |
| 58:1-61:9 | relevance; FRE 403 |
| 62:4-64:19 | relevance; FRE 403 |
| 71:25-72:11 | |
| 72:14-74:23 | relevance; FRE 403 |
| 94:16-95:6 | relevance |
| 96:11-97:25 | |
| 99:12-18 | relevance |
| 127:24-129:16 | |
| 144:20-146:15 | hearsay |
| 147:18-22 | |
| 150:25-151:8 | |
| 168:13-24 | relevance |
| 170:11-171:16 | relevance; FRE 403 |
| 172:21-174:13 | relevance; FRE 403 |
| 193:8-194:16 | relevance; FRE 403 |
| 197:1-8 | relevance; FRE 403 |
| 203:9-204:18 | relevance |

| Plaintiff's Cross Designations[7] | Defendant's Objections |
|---|---|
| 8:18-9:10 | |
| 13:15-14:10 | |
| 14:22-24 | |
| 20:17-22:15 | |
| 24:13-25:13 | |
| 27:21-28:25 | |
| 74:24-75:23 | |
| 85:13-87:2 | |

---

[7] Given that the Court has not yet had a chance to rule on the admissibility of Defendant's designations, Plaintiff cross designates on the assumption that Defendant's designations will be played at trial. Should Plaintiff's objections be sustained, Plaintiff will delete many of its cross designations. Thus, these cross designations are made without any concession on admissibility of the testimony.

1628386.1

| | |
|---|---|
| 91:19-93:7 | |
| 113:10-18 | |
| 129:23-130:20 | |
| 133:14-135:20 | |
| 147:23-150:24 | |
| 151:9-152:14 | |
| 152:15-153:23 | |
| 157:8-160:11 | |
| 171:17-172:13 | |
| 211:12-17 | |

**Deposition of 30(b)(6) Deposition of Caradigm USA LLC, by and through its Representative David Fraticelli, taken on July 7, 2016.**

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| Cover page, Page 1 | FRCP 32(c) (transcript itself is inadmissible) |
| 25:4-31:5 | |
| 31:22-34:19 | |
| 36:10-38:11 | |
| 48:19-49:3 | |
| 49:6-50:4 | |
| 51:14-21 | |
| 58:2-16 | relevance; FRE 403 |
| 63:7-65:8 | relevance |
| 75:2-77:9 | |
| 77:15-80:22 | relevance |
| 86:8-22 | relevance |
| 90:10-19 | relevance |
| 94:25-95:10 | relevance |
| 108:16-19 | relevance |
| 110:10-14 | |
| 112:10-16 | relevance |
| 113:10-16 | relevance; FRE 403 |
| 115:20-116:8 | relevance |
| 116:20-119:7 | relevance |

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| 126:12-129:23 | relevance; FRE 403 |
| 130:4-11 | relevance; FRE 403 |
| 130:17-20 | relevance; FRE 403 |
| 133:6-12 | relevance |
| 134:7-20 | relevance |
| 150:11-151:7 | relevance |
| 163:16-164:10 | relevance; FRE 403 |
| 170:2-5 | |
| 173:2-5 | relevance |
| 186:10-16 | |
| 188:9-189:12 | |
| 195:2-7 | estoppel |
| 197:14-24 | |
| 213:12-15 | |
| 213:19-214:2 | |
| 301:20-25 | relevance |
| 303:11-304:10 | relevance |
| 307:24-308:4 | relevance |
| 308:16-20 | relevance |
| 352:10-353:21 | |
| 417:20-421:3 | |
| 427:2-6 | relevance |
| 427:16-429:7 | relevance |
| 431:9-13 | relevance |
| 448:20-24 | relevance |
| 460:4-12 | relevance |
| 464:12-24 | |
| 474:20-475:4 | relevance |
| 495:10-18 | relevance |
| 530:5-9 | relevance |
| 530:21-531:12 | relevance |
| 562:11-563:5 | relevance |
| 565:12-23 | |
| 572:2-573:23 | relevance |
| 582:3-17 | |

| Defendant's Designations | Plaintiff's Objections |
|---|---|
| 584:21-585:24 | |

| Plaintiff's Cross Designations[8] | Defendant's Objections |
|---|---|
| 5:21-6:14 | |
| 19:11-18 | |
| 20:10-16 | |
| 21:9-23:18 | |
| 31:6-21 | |
| 35:21-36:6 | |
| 41:15-42:12 | |
| 43:21-44:5 | |
| 59:5-60:10 | |
| 66:8-16 | |
| 69:13-70:6 | |
| 125:21-126:11 | |
| 173:22-174:3 | |
| 193:21-194:25 | |
| 195:8-16 | |
| 205:25-207:5 | |
| 219:21-221:7 | |
| 280:2-23 | |
| 281:6-18 | |
| 282:14-284:19 | |
| 288:10-25 | |
| 304:11-305:8 | |
| 307:18-23 | |
| 308:5-7 | |
| 318:10-319:9 | |
| 334:15-22 | |

---

[8] Given that the Court has not yet had a chance to rule on the admissibility of Defendant's designations, Plaintiff's cross designates on the assumption that Defendant's designations will be played at trial. Should Plaintiff's objections be sustained, Plaintiff will delete many of its cross designations. Thus, these cross designations are made without any concession on admissibility of the testimony.

1628386.1

16

| | |
|---|---|
| 335:7-22 | |
| 336:11-337:12 | |
| 338:11-339:17 | |
| 353:22-354:12 | |
| 362:14-363:5 | |
| 373:17-375:2 | |
| 421:4-422:12 | |
| 459:20-460:3 | |
| 460:13-461:18 | |
| 463:14-16 | |
| 470:3-471:17 | |
| 472:12-473:12 | |
| 474:4-19 | |
| 475:5-16 | |
| 489:6-490:5 | |
| 565:7-11 | |
| 582:25-583:6 | |
| 587:14-588:16 | |

Respectfully submitted this 14th day of November, 2017.

*/s/ Christopher T. Giovinazzo*
Christopher T. Giovinazzo
Georgia Bar No. 142165
giovinazzo@bmelaw.com
Patrick C. Fagan
Georgia Bar No. 387016
fagan@bmelaw.com
Bondurant Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

*Attorneys for Plaintiff Caradigm USA LLC*

1628386.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS TO ATTACHMENT K-2: DEFENDANT'S DEPOSITION DESIGNATIONS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel of record as follows:

> Thomas E. Reilly, Esq.
> thomas.reilly@troutmansanders.com
> W. Alex Smith, Esq.
> alex.smith@troutmansanders.com
> Troutman Sanders LLP
> 600 Peachtree Street, N.E., Suite 5200
> Atlanta, Georgia  30308

This 14th day of November, 2017.

>> */s/ Christopher T. Giovinazzo*
>> Christopher T. Giovinazzo
>> Georgia Bar No. 142165

1628386.1